# THE WM LAW GROUP, LLC

## ATTORNEYS & COUNSELORS AT LAW

6 2 8 9   O x o n   H i l l   R o a d ,   S u i t e   I
O x o n   H i l l ,   M D   2 0 7 4 5

Telephone: (301) 839-6301 ● Facsimile: (301) 839-6305

January 2, 2013

**Via Electronic Mail and US Postal Service**
Calvert Wright
WRIGHT SOLUTIONS, INCORPORATED
7833 Walker Drive
Suite 630
Greenbelt, Maryland 20770

   RE:  Withdrawal of Attorney Appearance; 12-CV-00178

Dear Mr. Wright,

   As we have previously discussed, I am giving you formal notice of the withdrawal of my Appearance as Wright Solutions, Incorporated's (hereinafter, Wright Solutions) Attorney of Record in the afore-referenced matter.  I will no longer be practicing law as a part of The WM Law Group, LLC.  If you choose, The WM Law Group, LLC can continue representing Wright Solutions.  In that event, Taniya L. Windley, Esquire will become Wright Solutions' Attorney of Record.  You also have the option of seeking representation with a different law firm.  If you choose to be represented by another law firm, please inform me of your decision to do so within seven (7) business days so that I may give the US District Court appropriate notice.  Note that pursuant to Local Rule 101(b), Wright Solutions must be represented by counsel and in the event it chooses to hire new counsel, the new counsel must enter an appearance within thirty (30) days of my Motion to Withdraw.  If a new counsel's appearance is not entered, the Court may take such action, if any, that it deems appropriate, including granting my motion to withdraw and dismissing any affirmative claim for relief Wright Solutions has already asserted.  The Court may further direct Wright Solutions to show cause why a default should not be entered on claims asserted against it.

   Please contact me concerning this letter so that we can transition your representation as seamlessly as possible and further provide appropriate notification to the court and opposing counsel.

       Very Truly Yours,

       Camille C. Malone, Esquire
       THE WM LAW GROUP, LLC

cc:  Ms. Taniya L. Windley, Esquire